**United States District Court**
For the Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   SALVADOR CENTENO,                              No. C 11-05480 SI

9            Plaintiff,                            **ORDER RE: MOTION TO DISMISS;**
                                                   **REFERRING CASE TO ADR UNIT FOR**
10     v.                                          **ASSESSMENT TELEPHONE**
                                                   **CONFERENCE**
11   ONEWEST BANK et al.,

12            Defendants.
                                              /
13

14          On September 9, 2011, plaintiff filed a complaint against defendants OneWest Bank and

15   Mortgage Electronic Registration Systems, Inc. in the Superior Court of California, County of Alameda.

16   Plaintiff alleges that defendants engaged in a variety of unfair and fraudulent behavior with respect to

17   a mortgage loan initiated in 2006.  Defendants thereafter removed this case to this Court in accordance

18   with 12 U.S.C. § 1331.  *See* Doc. 1 at 2.

19          On November 17, 2011, defendants filed a motion to dismiss plaintiff's complaint.  A hearing

20   is scheduled for the motion on December 27, 2011.  The hearing set for December 27, 2011 is hereby

21   VACATED.  Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this

22   foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference

23   to assess this case's suitability for mediation or a settlement conference.  Plaintiffs and defendants'

24   counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible

25   but no later than **January 6, 2012**.

26          Plaintiff's and defendants' counsel shall be prepared to discuss the following subjects:

27                (1)    Identification and description of claims and alleged defects in loan
                         documents.
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(2)     Prospects for loan modification.

(3)     Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, plaintiff shall do the following:

(1)     Review relevant loan documents and investigate the claims to determine whether they have merit.

(2)     If plaintiff is seeking a loan modification to resolve all or some of the claims, plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request.  Further, plaintiff shall immediately notify defendants' counsel of the request for a loan modification.

(3)     Provide counsel for defendants with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, counsel for defendants shall do the following.

(1)     If defendants are unable or unwilling to do a loan modification after receiving notice of plaintiff's request, counsel for defendants shall promptly notify plaintiff to that effect.

(2)     Arrange for a representative of each defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time  the telephone conference will be held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.  The Court will not reset defendants' motion to dismiss for hearing until after it receives the recommendations from the ADR Unit.

**IT IS SO ORDERED.**

Dated: December 19, 2011

_____

SUSAN ILLSTON
United States District Judge

2