| | |
|---|---|
| 1 | WENDELL J. JONES, (State Bar No. 202302) |
| 2 | 1901 S. Bascom Avenue<br>Suite 333<br>Campbell, CA 95008 |
| 3 | Telephone/ Facsimile: (408) 371-7589 |
| 4 | Attorney for Plaintiffs |
| 5 | SALVADOR CENTENO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CENTENO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-50, inclusive,<br><br>Defendants | Case No.: **3:11-cv-05480-SI**<br><br>**PLAINTIFF'S MOTION TO DISMISS** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice against Defendants ONEWEST BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, and DOES 1-50, inclusive.

DATED: December 22, 2011                **The Law Office of Wendell J. Jones**

                                        BY:     /s/Wendell J. Jones
                                                Wendell J. Jones
                                                ATTORNEY FOR PLAINTIFF

[Court Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Susan Illston]

**PLAINTIFF'S MOTION TO DISMISS**