1 | **WENDELL J. JONES, (State Bar No. 202302)**
1901 S. Bascom Avenue
Suite 333
2 | Campbell, CA 95008
Telephone/ Facsimile:  (408) 371-7589
3 |

4 | Attorney for Plaintiffs
SALVADOR CENTENO
5 |

6 | IN THE UNITED STATES DISTRICT COURT

7 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR CENTENO, an individual** | Case No.: **3:11-cv-05480-SI** |
| **Plaintiff,** | |
| vs. | |
| | **PLAINTIFF'S MOTION TO DISMISS** |
| **ONEWEST BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-50, inclusive,** | |
| **Defendants** | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice against Defendants ONEWEST BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, and DOES 1-50, inclusive.

DATED:  December 22, 2011                           **The Law Office of Wendell J. Jones**

                                                    BY:    /s/Wendell J. Jones
                                                           Wendell J. Jones
                                                           ATTORNEY FOR PLAINTIFF

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston]

**PLAINTIFF'S MOTION TO DISMISS**

1